UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GREGG SMITH,<br>MICHAEL NOWAK, and<br>CHRISTOPHER JORDAN<br><br>Defendants. | No. 19 CR 669<br><br>Judge Edmond E. Chang |

**UNOPPOSED MOTION FOR ENTRY OF**
**PROTECTIVE ORDER GOVERNING DISCOVERY**

Pursuant to Federal Rule of Criminal Procedure 16(d), the United States of America, through undersigned counsel, and without objection from any of the defendants, moves for the entry of a protective order, and in support thereof states as follows:

1.  The indictment in this case charges all three defendants with conspiracy to conduct or participate in an enterprise engaged in a pattern of racketeering activity, in violation of Title 18, United States Code, Section 1962(d); conspiracy to commit price manipulation, bank fraud, wire fraud affecting a financial institution, commodities fraud, and spoofing, in violation of Title 18, United States Code, Section 371; bank fraud, in violation of Title 18, United States Code, Section 1344(1); and wire fraud affecting a financial institution, in violation of Title 18, United States Code, Section 1343. The indictment also charges defendants Smith and Nowak with attempted price manipulation, in violation of Title 7, United States Code, Section 13(a)(2); commodities fraud, in violation of Title 18, United States Code, Section

1348(1); and spoofing, in violation of Title 7, United States Code, Sections 6c(a)(5)(C) and 13(a)(2).

2.     The discovery to be provided by the government in this case includes sensitive information, whose unrestricted dissemination could adversely affect law enforcement interests and the privacy interests of third parties.

3.     The government has conferred with counsel for the defendants regarding the proposed protective order, and defense counsel for each defendant agrees to the protective order proposed by the government.

WHEREFORE, the government respectfully moves this Court to enter the proposed protective order.

Dated: September 26, 2019

               Respectfully submitted,

               ROBERT ZINK
               Chief, Fraud Section
               Criminal Division
               U.S. Department of Justice

By: _____
               Avi Perry
               Matthew F. Sullivan
               Trial Attorneys
               1400 New York Avenue, N.W.
               Washington, D.C. 20530
               avi.perry@usdoj.gov/(202) 203-9204
               matthew.sullivan2@usdoj.gov/(202) 353-6200