# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

UNITED STATES OF AMERICA

                    Plaintiff,

v.

Gregg Smith, et al.

                    Defendant.

Case No.: 1:19−cr−00669
Honorable Edmond E. Chang

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 27, 2019:

      MINUTE entry before the Honorable Edmond E. Chang as to Michael Nowak: Applications by David Meister, Jocelyn Emily Strauber and Chad Eric Silverman to appear pro hac vice on behalf of Defendant Michael Nowak are granted. Emailed notice (slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.