UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GREGG SMITH,<br>MICHAEL NOWAK, and<br>CHRISTOPHER JORDAN<br><br>Defendants. | No. 19 CR 669<br><br>Judge Edmond E. Chang |

**JOINT MOTION TO MODIFY CONDITIONS OF RELEASE**

The United States of America, through undersigned counsel, jointly with the defendants, respectfully moves the Court to modify the defendants' conditions of pretrial release, and in support thereof states as follows:

1. The defendants were arrested on September 16, 2019, and were released the same day on conditions that, *inter alia*, prohibited or limited their contact with certain persons (the "no-contact condition").

2. The defendants were arraigned on October 22, 2019. At the arraignment, counsel for certain of the defendants asked the Court to modify the no-contact provision. The Court ordered the parties to confer and report back.

3. The parties have now conferred and jointly request that the Court modify the no-contact condition to include the following language:

   a. Defendant Smith: "No contact outside the presence of counsel with anyone who, during Smith's period of employment on JPMorgan's Global

Precious Metals Trading Desk, (1) was an employee on that Desk, (2) was a client of that Desk, or (3) was a compliance officer who covered that Desk."

      b.      Defendant Nowak: "No contact outside the presence of counsel with anyone who, during Nowak's period of employment on JPMorgan's Global Precious Metals Trading Desk, (1) was an employee on that Desk, (2) was a client of that Desk, or (3) was a compliance officer who covered that Desk."

      c.      Defendant Jordan: "No contact outside the presence of counsel with anyone who, during Jordan's period of employment on JPMorgan's Global Precious Metals Trading Desk, (1) was an employee on that Desk, (2) was a client of that Desk, or (3) was a compliance officer who covered that Desk."

Dated: October 29, 2019

                                                Respectfully submitted,

                                                ROBERT ZINK
                                                Chief, Fraud Section
                                                Criminal Division
                                                U.S. Department of Justice

By:    */s/ Matthew F. Sullivan*
                Matthew F. Sullivan, Trial Attorney
                Avi Perry, Assistant Chief
                1400 New York Avenue, N.W.
                Washington, D.C. 20530
                matthew.sullivan2@usdoj.gov/(202) 353-6200
                avi.perry@usdoj.gov/(202) 616-4619