# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                          Case No.: 1:19−cr−00669
                                                       Honorable Edmond E. Chang

Gregg Smith, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 13, 2020:

      MINUTE entry before the Honorable Edmond E. Chang as to Michael Nowak: The government's unopposed motion [76] for extra pages is granted and the brief is accepted. On the motion [78] for hearing, the briefing schedule is already set, so the presentment hearing of 01/14/2020 is vacated. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.