UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>     v.<br><br>GREGG SMITH,<br>MICHAEL NOWAK,<br>JEFFREY RUFFO, and<br>CHRISTOPHER JORDAN,<br><br>                    Defendants. | Case No. 19 CR 669<br><br>Hon. Edmond E. Chang |

## DEFENDANT MICHAEL NOWAK'S UNOPPOSED MOTION FOR LEAVE TO FILE A BRIEF IN EXCESS OF 15 PAGES

Michael Nowak, by and through undersigned counsel, respectfully submits this unopposed motion for leave to file a brief in excess of the 15-page limit mandated by Local Rule 7.1. In support of this motion, we state as follows:

1. On January 10, 2020, the United States Department of Justice Fraud Section ("DOJ") filed a Motion for a Hearing (the "Motion"). (Doc. No. 78.) The Motion is supported by a 31-page brief, and the Declaration of Matthew F. Sullivan, which attaches 12 exhibits. (Doc. No. 80.) On January 13, 2020, the Court granted DOJ's previously filed Motion for Leave to Exceed Page Limits, which was unopposed by Mr. Nowak. (Doc. Nos. 76, 81.) DOJ had noted therein that its request for additional pages was "warranted in light of the legal and factual complexity of the issues in the government's motion." (Doc. No. 76.)

2. Mr. Nowak's response to DOJ's Motion is due on February 10, 2020. (Doc. No. 69.)

3. We are attempting to address DOJ's Motion as succinctly as possible. While we have not finished drafting the submission, to address the issues raised in DOJ's 31-page brief, we will require additional pages. Accordingly, we respectfully request leave to file a response to DOJ's Motion not exceeding 40 pages.

4. Counsel for DOJ has informed counsel for Mr. Nowak that DOJ does not oppose this request.

WHEREFORE, Mr. Nowak respectfully requests that the Court grant this unopposed motion.

Dated: January 30, 2020

Respectfully submitted,

/s/ David Meister
David Meister
Jocelyn E. Strauber
Chad E. Silverman
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-2100

William E. Ridgway
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, IL 60606
(312) 407-0449

*Counsel for Michael Nowak*

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 30, 2020, I caused a copy of the foregoing UNOPPOSED MOTION FOR LEAVE TO FILE A BRIEF IN EXCESS OF 15 PAGES to be filed with the Clerk of the Court through the CM/ECF system, which will provide notice of the filing to all counsel of record.

    /s/ David Meister
David Meister
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-2100

*Counsel for Michael Nowak*