# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

UNITED STATES OF AMERICA

          Plaintiff,

v.

Gregg Smith, et al.

          Defendant.

Case No.: 1:19−cr−00669
Honorable Edmond E. Chang

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 3, 2020:

    MINUTE entry before the Honorable Edmond E. Chang: CFTC attorney Melissa Chiang's pro hac vice [85] motion is granted. CFTC's unopposed extra−pages motion [86] is granted for a brief of 21 pages. On the CFTC's motion [87] to quash, Defendant Smith's response is due by 02/20/2020. If the DOJ prosecution team and the other Defendants wish to take a position on the motion, then the respective party may file a Position Paper by the same deadline. CFTC's reply brief is due by 03/02/2020. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.