IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GREGG SMITH,<br>MICHAEL NOWAK,<br>JEFFREY RUFFO, and<br>CHRISTOPHER JORDAN,<br><br>Defendants. | Case No. 19-cr-00669<br><br>Hon. Edmond E. Chang |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on February 27, 2020, at 8:30 a.m., or as soon thereafter as counsel may be heard, the undersigned counsel for Michael Nowak shall appear before the Honorable Edmond E. Chang, or any judge sitting in his stead in the courtroom usually occupied by him in Room 2119, Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present Defendants' Joint Unopposed Motion for Leave to File a Joint Brief in Excess of 15 Pages.

Dated: February 24, 2020

                                                Respectfully submitted,

                                                /s/ David Meister
                                                David Meister
                                                Jocelyn E. Strauber
                                                Chad E. Silverman
                                                SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
                                                Four Times Square
                                                New York, NY 10036
                                                (212) 735-2100

1

William E. Ridgway
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, IL 60606
(312) 407-0449

*Counsel for Michael Nowak*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 24, 2020, I caused a copy of the foregoing NOTICE OF MOTION to be filed with the Clerk of the Court through the CM/ECF system, which will provide notice of the filing to all counsel of record.

      /s/ David Meister  
David Meister  
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP  
Four Times Square  
New York, NY 10036  
(212) 735-2100  

*Counsel for Michael Nowak*