IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GREGG SMITH,<br>MICHAEL NOWAK,<br>JEFFREY RUFFO, and<br>CHRISTOPHER JORDAN,<br><br>Defendants. | Case No. 19-cr-00669<br><br>Hon. Edmond E. Chang |

**DEFENDANTS' JOINT MOTION TO DISMISS
THE INDICTMENT AND TO STRIKE SURPLUSAGE**

Pursuant to Fed. R. Crim. P. 12(b) and 7(d), Defendants Gregg Smith, Michael Nowak, Jeffrey Ruffo, and Christopher Jordan hereby jointly move to dismiss Counts One, Two (in part), and Three through Fourteen and to strike prejudicial surplusage in Paragraphs 40 and 41 of the Superseding Indictment ("Indictment"). (ECF No. 52.) The bases for this Motion are set forth in the accompanying Memorandum of Law in Support of Joint Motion to Dismiss the Indictment and to Strike Surplusage, filed contemporaneously with the Motion.

WHEREFORE, for the reasons set forth in Defendants' Memorandum, the Court should dismiss Counts One, Two (in part), and Three through Fourteen and strike the prejudicial surplusage in Paragraphs 40 and 41 of the Indictment.

Dated: February 28, 2020

Respectfully submitted,

| | |
|---|---|
| /s/ Jonathan D. Cogan | /s/ David Meister |
| Jonathan D. Cogan | David Meister |
| Sean S. Buckley | Jocelyn E. Strauber |
| Alexa R. Perlman | Chad E. Silverman |
| KOBRE & KIM LLP | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| 111 West Jackson Boulevard | Four Times Square |
| Chicago, IL 60604 | New York, NY 10036 |
| (212) 488-1206 | (212) 735-2100 |
| | |
| *Counsel for Gregg Smith* | William E. Ridgway |
| | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| | 155 North Wacker Drive |
| | Chicago, IL 60606 |
| | (312) 407-0449 |
| | |
| | *Counsel for Michael Nowak* |
| | |
| /s/ Guy Petrillo | /s/ James J. Benjamin, Jr. |
| Guy Petrillo | James J. Benjamin, Jr. |
| Daniel Z. Goldman | Parvin D. Moyne |
| PETRILLO KLEIN & BOXER LLP | AKIN GUMP STRAUSS HAUER & FELD LLP |
| 655 Third Avenue | One Bryant Park |
| New York, NY 10017 | New York, NY 10036 |
| (212) 370-0331 | (212) 872-8091 |
| | |
| *Counsel for Jeffrey Ruffo* | Megan Cunniff Church |
| | MOLOLAMKEN LLP |
| | 300 North LaSalle Street |
| | Chicago, IL 60654 |
| | (312) 450-6716 |
| | |
| | *Counsel for Christopher Jordan* |

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 28, 2020, I caused a copy of the foregoing JOINT MOTION TO DISMISS THE INDICTMENT AND TO STRIKE SURPLUSAGE to be filed with the Clerk of the Court through the CM/ECF system, which will provide notice of the filing to all counsel of record.

    /s/ David Meister
David Meister
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-2100

*Counsel for Michael Nowak*