**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4**
**Eastern Division**

UNITED STATES OF AMERICA
                              Plaintiff,

v.                                                 Case No.: 1:19-cr-00669
                                                                  Honorable Edmond E. Chang

Gregg Smith, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, March 7, 2022:

      MINUTE entry before the Honorable Edmond E. Chang as to Gregg Smith, Michael Nowak, Christopher Jordan, and Jeffrey Ruffo: On conferral with the Trial Task Force, there is no update yet on modifications to the trial protocols. It is possible that the six-foot distancing requirement for jurors might very soon be reduced to three feet, but that unfortunately would not affect the capacity of the Ceremonial Courtroom to allow for a four-defendant trial; three would remain the maximum. Because it is still possible that further loosening (or vacatur) of requirements would allow for a four-defendant trial by 07/05/2022, the parties shall continue to prepare on the premise of a four-defendant trial. The phone status hearing of 03/08/2022 is reset to 04/05/2022 at 9:30 a.m., still as a phone status hearing. Relatedly, the parties shall file a Joint Potential Severance Statement reporting on the results of their severance-related conferral (that is, which one or two defendants should be severed if severance is necessary) by 03/20/2022, setting forth their separate positions as necessary. Members of the public and media will be able to call-in to listen to this hearing. The call-in number is (877) 336-1831 and the access code is 1736479. Counsel of record will receive an email before the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.