# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                           Case No.: 1:19–cr–00669
                                             Honorable Edmond E. Chang

Gregg Smith, et al.

                              Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 5, 2022:

        MINUTE entry before the Honorable Edmond E. Chang as to Gregg Smith, Michael Nowak, Christopher Jordan, and Jeffrey Ruffo: Telephone status hearing held. The Court described a few changes to the Trial Task Force protocols: attorneys may be excused from masking when questioning witnesses and during jury addresses. Jurors still must be masked. Social distancing is for jurors is reduced to three feet. (If Defendants Nowak and Ruffo object to pandemic protocols, they must file a written motion.) As previously stated, R. 491, Defendant Jordan has been severed and the current plan for 07/05/2022 is a trial for Defendants Smith, Nowak, and Ruffo. The Government estimated 15 trial days for its case–in–chief as to those three Defendants. Counsel for the parties shall confer on supplemental exhibits and the updated Joint Pretrial Statement, jury instructions, and voir dire questions, and file a status report by 04/08/2022 as to the proposed new deadline (with the outer limit 05/16/2022). With regard to Defendant Jordan, jury trial is set for 11/28/2022. If the 07/05/2022 trial is limited to two Defendants by the Trial Task Force, then the July trial will be as to Defendants Smith and Nowak, and Defendants Ruffo and Jordan will be tried starting 11/28/2022. Counsel for Defendant Ruffo reported that he has an in–person argument in another court on 12/01/2022 in another state; the Court has a conflict on 12/05/2022 and 12/06/2022. Other trial deadlines for the 11/28/2022 trial will be set at a later date. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.