**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division**

UNITED STATES OF AMERICA

                                              Plaintiff,

v.                                                    Case No.: 1:19−cr−00669
                                                              Honorable Edmond E. Chang

Gregg Smith, et al.

                                             Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 11, 2022:

       MINUTE entry before the Honorable Edmond E. Chang as to Gregg Smith, Michael Nowak, and Jeffrey Ruffo: This is advance notice earlier than usual: it is virtually certain that the District's Trial Task Force will approve the three−defendant, Ceremonial Courtroom jury trial. But the start date will be on 07/07/2022 rather than 07/05/2022. So the jury trial shall begin on 07/07/2022 at 8:30 a.m. ****The parties shall IMMEDIATELY notify witnesses of the trial schedule and IMMEDIATELY begin service efforts on subpoenas for attendance.***** Case participants (lawyers, the Defendants, and case agent) must submit to COVID−19 testing at the courthouse on 07/05/2022 between the hours of 8:15 a.m. and 11:45 a.m. The trial is reset pursuant to those dates. At the pretrial conference (after reviewing the pretrial filings), the Court does expect to set witness−examination time limits. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.