**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GREGG SMITH,<br>MICHAEL NOWAK, and<br>JEFFREY RUFFO<br><br>Defendants. | Case No. 19-cr-00669<br><br>Hon. Edmond E. Chang |

**MICHAEL NOWAK'S MOTION
FOR A JUDGMENT OF ACQUITTAL**

Michael Nowak respectfully moves this Court pursuant to Rule 29(a), Fed. R. Crim. P., for a judgment of acquittal on Counts 1, 2, 4, 13 through 22, 25, and 27 of the Second Superseding Indictment. Mr. Nowak seeks a judgment of acquittal on grounds that the evidence introduced during the Government's case in chief as to each and every element of the crimes with which he is charged is insufficient to sustain a conviction.

As discussed with the Court on July 21 and 22, 2022, we reserve the right to submit a memorandum that marshals the facts and law in support of this motion.

Dated: July 22, 2022

Respectfully submitted,

/s/ David Meister
David Meister
Chad E. Silverman
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
(212) 735-2100

William E. Ridgway
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, IL 60606
(312) 407-0449

*Counsel for Michael Nowak*