# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Gregg Smith, et al.

Defendant.

Case No.: 1:19−cr−00669
Honorable Edmond E. Chang

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 10, 2022:

MINUTE entry before the Honorable Edmond E. Chang: Jury deliberations held. Jury reaches a verdict on the three trial Defendants and on all the charges. [A.] Defendant Smith found not guilty on Counts 1 (RICO conspiracy) and 2 (371 conspiracy); guilty on Count 3 (attempted price manipulation); guilty on Counts 5 through 12 (wire fraud); guilty on Count 24 (commodities fraud); and guilty on Count 26 (spoofing). [B.] Defendant Nowak found not guilty on Counts 1 (RICO conspiracy) and 2 (371 conspiracy); guilty on Count 4 (attempted price manipulation); guilty on Counts 13 through 22 (wire fraud); guilty on Count 25 (commodities fraud); and guilty on Count 27 (spoofing). [C.] Defendant Ruffo found not guilty on Counts 1 (RICO conspiracy) and 2 (371 conspiracy). Defendant Ruffo is discharged and dismissed from this case and release conditions are vacated. Pretrial Services shall return Defendant Ruffo's passport. [D.] Rule 29 and 33 motions are due on 09/21/2022. The government's combined response is due on 10/26/2022. The defense replies are due on 11/16/2022. [E.] The courtroom deputy will contact the lawyers about sentencing dates in 2023. The case is referred to the Probation Office for PSR preparation. Emailed notice (eec)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.