**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GREGG SMITH and<br>MICHAEL NOWAK,<br><br>Defendant. | Case No. 19-cr-00669<br><br>Hon. Edmond E. Chang |

**DECLARATION OF DAVID MEISTER IN SUPPORT OF SENTENCING
MEMORANDUM ON BEHALF OF MICHAEL NOWAK**

I, David Meister, counsel for Michael Nowak, hereby declare and state as follows:

1. Attached as **Exhibit A** are true and correct copies of thirty-five letters written in support of Mr. Nowak.

2. Attached as **Exhibit B** is a true and correct copy of the declaration of Jeremy Cusimano, dated April 10, 2023.

3. Attached as **Exhibit C** is a chart listing traders penalized by the CFTC for spoofing activity.

Dated: April 10, 2023               Respectfully submitted,

/s/ David Meister
David Meister
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
(212) 735-2100

*Counsel for Michael Nowak*