# Exhibit C

# Traders Penalized by CFTC for Spoofing Activity

|   | **Trader** | **Facts** |
|---|---|---|
| 1 | Randy Chen | "Chen engaged in this pattern on over 1,000 separate occasions[.]" *In re Randy Chen*, CFTC Dkt. No. 22-35 at 2 (Sept. 26, 2022). |
| 2 | Eric Schwartz | "Schwartz engaged in multiple instances of the disruptive trading practice known as 'spoofing[.]'" *In re Eric Schwartz*, CFTC Dkt. No. 22-22 at 2 (Aug. 24, 2022) |
| 3 | Roman Banoczay Jr. | Banoczay, Jr. "engaged in approximately 2,000 distinct spoofing events[] . . . encompass[ing] more than 19,000 individual spoof orders." *CFTC v. Banoczay*, 20-cv-5777, ECF No. 50 at 11 (N.D. Ill. Dec. 7, 2021). |
| 4 | Brendan Delovitch | "Delovitch engaged in multiple instances of the disruptive trading practice known as 'spoofing[.]'" *In re Brendan Delovitch*, CFTC Dkt. No. 20-71 at 2 (Sept. 30, 2020). |
| 5 | Wesley Johnson | "Johnson engaged in multiple instances of the disruptive trading practice known as 'spoofing[.]'" *In re Wesley Johnson*, CFTC Dkt. No. 20-72 at 2 (Sept. 30, 2020). |
| 6 | Rajeev Kansal | "Kansal engaged in multiple instances of the disruptive trading practice known as 'spoofing[.]'" *In re Rajeev Kansal*, CFTC Dkt. No. 20-73 at 2 (Sept. 30, 2020).<br><br>"After being notified by the Commission's Division of Enforcement of an investigation into his trading activity in cotton futures, Kansal engaged in similar trading activity in sugar futures[.]" *Id.* |
| 7 | Thomas Donino | "Donino engaged in multiple instances of the disruptive trading practice known as 'spoofing[.]'" *In re Thomas Donino*, CFTC Dkt. No. 20-68 at 2 (Sept. 28, 2020). |
| 8 | Igor Chernomzav | "From March 2014 through March 2015, Chemomzav engaged in manipulative or deceptive acts, including 'spoofing' . . . on more than a thousand occasions[.]" *In re Igor Chernomzav*, CFTC Dkt. No. 19-31 at 2 (Sept. 30, 2019). |
| 9 | John Lawrence | "Between May 2017 and October 2017, Lawrence engaged in spoofing . . . on a small number of isolated occasions. Beginning in October 2017, Lawrence intensified his spoofing activity. By January 2018, Lawrence had placed hundreds of Spoof Orders[.]" *In re John Lawrence*, CFTC Dkt. No. 19-27 at 2 (Sept. 16, 2019). |
| 10 | Benjamin Cox | "[F]rom April 2014 through[] at least[] February 2018, [Cox] . . . engaged in multiple instances of the disruptive trading practice known as 'spoofing[.]'" *In re Benjamin Cox*, CFTC Dkt. No. 19-18 at 1–2 (July 31, 2019). |

|    | **Trader**          | **Facts**                                                                                                                                                                                                                                                                                                                                 |
|----|---------------------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 11 | Kevin Crepeau       | "[F]rom in or about August 2013 to at least June 2016[,] [Crepeau] . . . engaged in numerous instances of the disruptive trading practice known as 'spoofing[.]'" *In re Kevin Crepeau*, CFTC Dkt. No. 19-05 at 1–2. (Jan. 31, 2019).                                                                                                     |
| 12 | Michael D. Franko   | "From at least May 2013 to July 2014[,] . . . on an almost daily basis, Franko [spoofed]." *In re Michael D. Franko*, CFTC Dkt. No. 18-35 at 2. (Sept. 19, 2018).                                                                                                                                                                         |
| 13 | Anuj C. Singhal     | "Between at least March and June 2016[,] . . . Singhal engaged in multiple instances of the disruptive trade practice of 'spoofing[.]'" *In re Anuj C. Singhal*, CFTC Dkt. No. 18-11 at 2 (Apr. 9, 2018).                                                                                                                                 |
| 14 | Simon Posen         | "During the period December 2011 through March 2015, . . . Posen deployed [a] spoofing strategy on thousands of occasions[.]" *In re Simon Posen*, CFTC Dkt. No. 17-20 at 2 (July 26, 2017).                                                                                                                                              |
| 15 | Jeremy Lao          | "From at least July 16, 2011 through 2012, . . . approximately eighty times[,] Lao [engaged in spoofing]. . . . In or around 2012, Lao engaged in the trading strategy . . . in conjunction with a more senior trader." CFTC Non-Prosecution Agreement with Jeremy Lao at 7 (June 28, 2017), https://www.cftc.gov/sites/default/files/idc/groups/public/@lrenforcementactions/documents/legalpleading/enfnonprosecutionlao062917.pdf. |
| 16 | Daniel Liao         | "From at least December 2011 through January 2012, on approximately 30 occasions, Liao [engaged in spoofing]." CFTC Non-Prosecution Agreement with Daniel Liao at 7 (June 28, 2017), https://www.cftc.gov/sites/default/files/idc/groups/public/@lrenforcementactions/documents/legalpleading/enfnonprosecutionliao062917.pdf.              |
| 17 | Shlomo Salant       | "From at least July 16, 2011 through 2012, . . . approximately 35 times[,] . . . Salant [engaged in spoofing]" CFTC Non-Prosecution Agreement with Shlomo Salant at 7 (June 28, 2017), https://www.cftc.gov/sites/default/files/idc/groups/public/@lrenforcementactions/documents/legalpleading/enfnonprosecutionsalant062917.pdf.         |
| 18 | Jonathan Brims      | "[F]rom at least July 16, 2011 through December 31, 2012[,] [Brims placed] . . . more than one thousand [spoof] orders[.]" *In re Jonathan Brims*, CFTC Dkt. No. 17-13 at 1–2 (Mar. 30, 2017).<br><br>"[A]t times, Brims [also] coordinated with one or more other traders [to spoof.]" *Id*. at 2.                                        |
| 19 | Stephen Gola        | "[F]rom at least July 16, 2011 through December 31, 2012[,] [Gola placed] . . . more than one thousand [spoof] orders[.]" *In re Stephen Gola*, CFTC Dkt. No. 17-12 at 1–2 (Mar. 30, 2017).<br><br>"[A]t times, Gola [also] coordinated with one or more other traders [to spoof.]" *Id.* at 2.                                            |
| 20 | Igor B. Oystacher   | "Oystacher and 3 Red engaged in these manipulative and deceptive 'flips' during the relevant period and at least 1316 times . . . and in the process placed thousands of spoof orders." Complaint at 15, *CFTC v. Oystacher*, 15-cv-9196, ECF No. 1 (N.D. Ill. Oct. 19, 2015).                                                             |

|   | **Trader** | **Facts** |
|---|---|---|
| 21 & 22 | Heet Khara<br>Nasim Salim | "Between February 2015 and April 28, 2015, [Khara and Salim spoofed]." *CFTC v. Khara et al.*, 15-cv-3497, ECF No. 35 at 6 (S.D.N.Y. Mar. 31, 2016). |
| 23 | Eric Moncada | Moncada spoofed on various days in October 2009. *CFTC v. Moncada*, 12-cv-8791, ECF No. 80 at 5 (S.D.N.Y. Oct. 1, 2014). |