## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GREGG SMITH and<br>MICHAEL NOWAK,<br><br>Defendants. | Case No. 19-cr-00669<br><br>Hon. Edmond E. Chang |

### NOTICE OF FILING OF SUPPLEMENTAL DECLARATION OF JEREMY CUSIMANO

I, David Meister, counsel for Michael Nowak, hereby declare and state that, pursuant to the Court's August 17, 2023 minute order (ECF No. 904), attached as Exhibit A hereto is a true and correct copy of a supplemental declaration of Jeremy Cusimano dated August 19, 2023.

Dated: August 19, 2023

                                                          Respectfully submitted,

                                                          /s/ David Meister
                                                          David Meister
                                                          Skadden, Arps, Slate, Meagher & Flom LLP
                                                          One Manhattan West
                                                          New York, NY 10001
                                                          (212) 735-2100

                                                          *Counsel for Michael Nowak*